Printed: 01/21/10 09:25 AM

Page: 1

# Claims Distribution Small Checks

Trustee: Bridget A. Brine (430170)

Case: 08-51014 - AIRIS, ROBERT

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 5205983396S | 113 | 01/21/10 | 2 | 02/06/09 | 610 | Payee: U.S. Bankruptcy Court North Shore Anesthesia | 311.30 | 311.30 | 3.22 | 3.22 |

Check Amount: $3.22

(*) Denotes objection to Amount Filed

RECEIVED 2010 JAN 25 AM 9:57 U.S. BANKRUPTCY COURT DULUTH, MN