Printed: 03/23/10 09:21 AM                                                                                           Page: 1

# Claims Distribution Small Checks

**Trustee: Bridget A. Brine (430170)**

RECEIVED
2010 MAR 24 AM 8:42
U.S. BANKRUPTCY COURT
DULUTH, MN

**Case: 08-51014 - AIRIS, ROBERT**

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 31205983966 | 113 | 01/21/10 | | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $3.22 |
| | | | 2 | 02/06/09 | 610 | North Shore Anesthesia | 311.30 | 311.30 | 4.32 | 3.22 |
| 31205983966 | 121 | 03/23/10 | | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $4.69 |
| | | | 2 | 02/06/09 | 610 | North Shore Anesthesia | 311.30 | 311.30 | 4.32 | 1.10 |
| | | | 3 | 02/11/09 | 610 | Lakewalk Surgery Center | 1,004.25 | 1,004.25 | 13.95 | 3.59 |

(*) Denotes objection to Amount Filed